DAVID N. SMITH, Appellant, *v.* UNITED TRACTION AND ELECTRIC COMPANY, Respondent.

*Smith* v. *United Traction & Electric Co.*, 49 App. Div. 641, affirmed.
(Argued June 7, 1901; decided October 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Albert Stickney* and *George C. Holt* for appellant.

*John E. Parsons* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.